UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Frederick Skoda,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Lilly USA LLC, aka Eli Lilly & Co.,<br><br>　　　　　Defendant. | Court File No. _____<br><br>**CORPORATE DISCLOSURE STATEMENT** |

　　　　Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant Lilly USA, LLC, is a wholly owned subsidiary of Eli Lilly and Company, which is publicly held corporation.

Dated:  December 10, 2010　　　　　　　　**BRIGGS AND MORGAN, P.A.**


　　　　　　　　　　　　　　　　　　　　By: *s/ Molly B. Thornton*
　　　　　　　　　　　　　　　　　　　　　　Molly B. Thornton (#331922)
　　　　　　　　　　　　　　　　　　　　2200 IDS Center
　　　　　　　　　　　　　　　　　　　　80 South Eighth Street
　　　　　　　　　　　　　　　　　　　　Minneapolis, Minnesota  55402-2157
　　　　　　　　　　　　　　　　　　　　(612) 977-8400

　　　　　　　　　　　　　　　　　　　　**ATTORNEYS FOR DEFENDANT**